UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>              v.<br><br>(1)     Harry TAM;<br>(2)     Tony NGUYEN;<br>(3)     Marcus LEYDEN<br>(4)     Henry VUONG;<br>(5)     Robert OSTRANDER;<br>(6)     James COLAMARIA;<br>(7)     Vincent DUONG;<br>(9)     Eli SANDERS; and<br>(10)   Jacob PARLIN<br><br>            Defendants | Criminal No. 21-cr-10350-LTS |

## INITIAL STATUS REPORT

Pursuant to Local Rule 116.5(a), the United States, by its undersigned counsel, respectfully submits the following status report regarding the above-captioned matter, which is set for an initial status conference on February 1, 2022. Undersigned counsel has inquired of defense counsel regarding the upcoming status conference and those matters which are normally addressed at the initial status. At this point, a majority of the attorneys has responded to the inquiry. The request for a continuation of the status conference for an additional 60 days is based upon the government's position regarding continuing discovery production as well as the position of the attorneys who responded regarding additional requests and motions.

    **1.**    **Automatic discovery and discovery requests.**

The government made its initial automatic discovery production on January 14, 2022 and has continuing to produce as the items become available. The initial production of discovery is contained in approximately 7.52 GB of data, including law enforcement reports, drug laboratory

reports, search and tracking warrant materials, photographs, and wiretap materials (including pleadings and transcripts). It is too soon for defense counsel to determine if there will be discovery requests and no requests are now pending.

    **2.**    **Timing of additional discovery**.

The government requests another 60 days to produce additional discovery, including additional law enforcement reports, photographs, data collected from search warrants, pole camera footage, and audio and video recordings.

    **3.**    **Timing of additional discovery requests.**

Defense counsel who have responded indicate that they require additional time to review the discovery materials that were provided before making any discovery requests.

    **4.**    **Protective orders**.

The government has sought and received a protective order for T-III Recordings, line sheets, and related pleadings. The government may seek a protective order in the future should the circumstances so warrant.

    **5.**    **Pretrial motions**.

The defendants have not filed any pretrial motions under Fed. R. Crim. P. 12(b). It is too soon for the defendants to determine whether any pretrial motions will be filed.

    **6.**    **Timing of expert disclosures.**

The United States believes that it is premature at this time to require the production of expert discovery pursuant to Fed. R. Crim. P. 16(a)(1)(G) and that such production should be required if it is determined that a trial or any other hearing will be necessary where the United States will present expert witnesses. The United States understands that the defendants reserve the right to request discovery concerning expert witnesses under Fed. R. Crim. P. 16(a). To the

extent that expert discovery is requested by the defendants, the United States requests reciprocal discovery.

**7.      Periods of excludable delay**.

The Court entered an order of excludable delay between the date of the indictment on December 22, 2021, and the initial status conference on February 1, 2022.  There are no non-excludable days under the Speedy Trial Act.  The government moves for an order of excludable delay between the date of this filing, if the court continues the matter, and the next scheduled status conference.

**8.      Timing of a further status conference.**

The parties request the Court to schedule an interim status conference in 60 days.

                Respectfully submitted,

                RACHAEL S. ROLLINS
                United States Attorney

                By:  */s/ Nadine Pellegrini*
                Nadine Pellegrini
                Assistant U.S. Attorney
                (617) 748-3261

<u>Certificate of Service</u>

I hereby certify that I served the foregoing document by ECF on January 29, 2022 to counsel of record.

                */s/ Nadine Pellegrini*
                Nadine Pellegrini
                Assistant U.S. Attorney