UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
21-10350-LTS

UNITED STATES OF AMERICA

v.

HARRY TAM, et al.[1]

**INTERIM STATUS REPORT**

May 24, 2022

DEIN, M.J.

An Interim Status Conference was held remotely before this court on May 24, 2022 pursuant to the provisions of Local Rule 116.5(b). Based on that Conference, this court enters the following report and orders to wit:

1. The government has completed its production of automatic discovery. Defendants Colamaria and Sanders have requested additional information from the government and are awaiting the government's response.

2. The defendants are continuing to review the discovery produced to date. Counsel for defendant Parlin has been recently appointment and is still obtaining the production from the government and prior counsel. The defendants shall all make any discovery requests prior to the next status conference.

3. The date for filing discovery and/or dispositive motions shall be set at the next status conference.

4. The date for filing expert disclosures, if any, shall be set at the next status conference.

5. This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendants require additional time for the preparation of an effective defense, including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendants for a trial within seventy days of the return of an indictment. Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of May 24, 2022 through July 18, 2022, that being the period between the expiration of the last order of excludable time and the next status conference.

---

[1] This status report relates to Harry Tam, Tony Nguyen, Henry Vuong, Robert Ostrander, James Colamaria, Vincent Duong, Eli Sanders and Jacob Parlin.

Based upon the prior orders of the court dated February 1, 2022 (including the orders of excludable time referenced therein), March 29, 2022 and the order entered contemporaneously herewith, at the time of the Final Status Conference on July 18, 2022 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

6. A Final Status Conference has been scheduled for July 18, 2022 at 11:00 a.m. Counsel for the respective parties shall file a Joint Memorandum before the close of business no less than THREE business days prior to that Status Conference.

7. It is too early to determine if a trial will be necessary.

　　　　　　　　　　　　　　　　　　　　　　/ s / Judith Gail Dein
　　　　　　　　　　　　　　　　　　　　　　JUDITH GAIL DEIN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE