UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
1:21-cr-10350-**LTS**

UNITED STATES OF AMERICA

v.

Harry Tam, Tony Nguyen, Henry Vuong, Robert Ostrander, James

Colamaria, Vincent Duong, Eli Sanders, Jacob Parlin

**ORDER EXCLUDING TIME**

_____

SOROKIN, J.

With the agreement of the parties, this court finds and concludes, pursuant to the

provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(b) of the Plan for Prompt

Disposition of Criminal Cases in the United States District Court for the District of

Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for

Implementing Them, Effective December 2008), that for the reasons checked below:

    _      to provide defendant(s) and/or defense counsel further time to review the case;

    X      to provide defendant(s) and/or defense counsel further time to investigate and
evaluate the case;

    _      to provide defendant(s) and/or defense counsel further time to review the
discovery, evaluate the discovery, informally request further discovery pursuant
to the Local Rules and/or prepare any discovery motions;

          to provide defendant(s) and/or defense counsel further time to decide whether to
file pretrial motions and, if so, to prepare pretrial motions;

    _      to provide the government further time to produce discovery to the defendant(s);

_     to allow counsel additional time to prepare for the hearing;

_     due to the parties' request to engage in plea negotiations;

_     due to defendant's request for time to obtain counsel;

      to provide time to prepare for trial.

_     _

the interests of justice warranting a continuance and delay in the trial outweigh the interests of

the public and/or the defendant in a speedy trial.

Accordingly, it is hereby ordered that, pursuant to the provisions of 18 U.S.C.

§ 3161(h)(7)(A) and Section 7(b) of the Plan for Prompt Disposition of Criminal Cases in the

United States District Court for the District of Massachusetts (Statement of Time Limits

Adopted by the Court and Procedures for Implementing Them, Effective

-2-

December 2008), the Clerk of this Court enter excludable time for the period **6/30/2022** through

**12/12/2022** is EXCLUDED from the Speedy Trial Act.


    / s / Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES DISTRICT JUDGE