

**son's name redacted**

**Asian language text deleted**

Feb 9, 2021 at 00:47

**Harry Tam**



surgery is completed: the surgeon placed a drain inside his brain for a few weeks. there will be a second surgery and they will find how this happened.

Another surgery in a few weeks 😞 I hope it's nothing serious and hope he gets better!

**Dad**

I hope best !

**Leon Tam**



Thanks for the update

Feb 24, 2021 at 20:16

**Harry Tam**

 started talking



Feb 27, 2021 at 13:12

Harry Tam





███ is in therapy now. Last night he moved his right leg knee up but couldn't get it to go back down. I'm so proud of him

HT

Good job, ███  So happy to see him smiling.