**From:** [redacted]
**Subject:** Letter
**Date:** April 23, 2023 at 1:06 PM
**To:** Kevin Barron kevin.barron@mac.com

**Hello Kevin,**

**I believe this is the letter you were looking for —**



12/6/21

From: [redacted] /1983

TO WHOM IT MAY CONCERN:

UPON READING THE CRIMINAL COMPLAINT ON DOCKET # 2108 CR [redacted], I FEEL THE NEED TO WRITE THIS RESPONSE IN THE PRESENCE OF WITNESSES IN HOPES THAT THE TRUTH MAY PREVENT AN INJUSTICE.

I, [redacted] ATTEST AND DO SWEAR THAT I DID NOT MAKE ANY COMMENTS PRE NOR POST MIRANDA TO ANY OFFICERS OR AGENTS. THERE ARE MANY FALSIFICATIONS, LIES, AND NOT TRUTHS LISTED IN THIS REPORT AND I AM WILLING TO TESTIFY THIS. THERE WERE ABSOLUTELY NO COMMENTS MADE ABOUT THE TRUCK, ITEMS IN THE TRUCK, PACKAGES, OR BACKPACKS. THERE WAS ABSOLUTELY NO ACCUSATIONS, PLACEMENT OF BLAME NOR SUGGESTIONS OF RESPONSIBILITY.

I DO NOT KNOW WHY SWORN OFFICIALS OF THE LAW WOULD MAKE SUCH LIES, INACCURACIES, AND FALSIFICATIONS PURPOSELY AS IT IS WRONG AND MOST LIKELY ILLEGAL. IT TARNISHES OUR JUSTICE SYSTEM AND ONE MUST ASK [redacted] TS HAVE BEEN FALSIFIED IN THIS MANNER.

SINCERELY,

[redacted]

12/6/21

WITNESS # 2

TIM / 99

**EX. B**



**Please let me know if you need anything else from me, thank you.**

**Sent from my iPhone**