IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

    v.                                                       Case 1:21-cr-10350-1 LTS

HARRY K. TAM,
        Defendant.

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 112.1

Defendant, Harry K. Tam, by his counsel, Kevin L. Barron, Esq., certifies that the attorneys for the parties have conferred by electronic mail on April 27, 2023 in compliance with Local Rule 7.1 and 112.1. The government opposes defendant Tam's motion to suppress wiretap evidence.

CONCLUSION

For the reasons set forth above, this motion should be granted.

Dated: May 3, 2023                                  Respectfully submitted,
                                                        Harry K. Tam, defendant
                                                        By his counsel,
                                                        <u>Kevin L. Barron</u>
                                                        Kevin L. Barron, Esq.
                                                        P.O. Box 290533
                                                        Charlestown, MA 02129
                                                        (617) 407-6837

CERTIFICATE OF SERVICE

Counsel certifies that he has caused a true copy of this document to be served today on the attorneys for all the parties through the CM/ECF system of this District as set forth in the Notice of Electronic Filing and that no party requires service by other means.

                                                                                <u>Kevin L. Barron</u>