IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

      v.                          Case 1:21-cr-10350-1 LTS

HARRY K. TAM,
        Defendant.

## MOTION FOR CHANGE OF PLEA HEARING

Defendant, Harry Tam, by his counsel, Kevin L. Barron, Esq., and Zachary Lown, Esq., respectfully moves the Honorable Court for a change of plea hearing pursuant to F.R.Crim.P. Rule 11. There is no plea agreement.

Dated: July 3, 2023

Respectfully submitted,
Harry K. Tam, defendant
By his counsel,
/s/Kevin L. Barron
Kevin L. Barron, Esq.
P.O. Box 290533
Charlestown, MA 02129
(617) 407-6837

## CERTIFICATE OF SERVICE

Counsel certifies that he has caused a true copy of this document to be served today on the attorneys for all the parties through the CM/ECF system of this District as set forth in the Notice of Electronic Filing and that no party requires service by other means.

/s/Kevin L. Barron