November 9, 2023

2023 DEC -4 PM 12: 47

Your Honorable Judge Sorokin,

My name is Wisdom Oghenekaro Onyobeno. I am currently detained at Wyatt Detention Facility, and I want to show my deep appreciation for the Restorative Justice program. Though I was not able to attend in person due to the backlog plus the fact that my case is from Rhode Island, the wealth of information shared by fellow detainees that attended this program (especially Harry Tam) has been of immense help to me.

As an African, I grew up with so much pains that I have masked for so long. But during group conversations with the B.O.S.S. program (Building on Self-Substance) has enabled me to unmask these deep wounds and traumas that have been haunting me most of my adulthood. Most of which I did not even know I was harboring. Harry Tam has initiated this program in this unit where we have been able to discuss our pains with no judgment with fellow humankind. Discovering these wounds and facing them has helped me tremendously in my own growth.

Your Honor, I know my words may mean little or less but I am want to express that eventhough we have failed over and over again - that some of us were unable to find some of our wounds. And now the healing process has started in which we can begin to repair our lives. We are all victims of the society that we live in. I am pleading for a detainee (Harry Tam), whom I know has made conscious effort to make changes in his life - and help others to do the same - moving forward. I met Mr. Tam over the course of 2 years while living in the worker's unit. We talk almost daily, and I believe this man is willing to make changes for his family, society, and most importantly for himself. Your Honor, I kindly plead with the court for consideration because it is not usual or normal for a fellow detainee to go out of his way to help others grow and make changes the way that Harry has invested his time and energy into doing.

Once again sir, I want to thank you again for your vision in starting the Restorative Justice program. I just wanted you to know that it has inspired others outside of those that you know of and is impacting lives in a positive way.

Sincerely yours,

11/27/23
Wisdom Oghenekaro Onyobeno