**U. S. Department of Justice**
Drug Enforcement Administration

**Asset ID:** 21-DEA-677948          **Case #:** CC-20-0091
**Asset Description:** $95,450.00 U.S. Currency
**Seizure Date:** 05/03/2021          **Seizure Value:** $95450.00
**Adoption Date:**
**Seizure Place:** Allston, MA
**Owner Name:**
**Seized From:** Harry Tam
**Judicial District:** District of Massachusetts

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT**

**ADMINISTRATION** pursuant to 21 U.S.C. Section 881.  Notice of the seizure has been sent to

all known parties who may have a legal or possessory interest in the property.  Also, in accordance

with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed

for the property within 30 days from the date of last publication of the advertisement.  On this date,

I have examined this matter, and found that there was sufficient information to support the forfeiture

of this property.  **THEREFORE**, it is hereby declared that such property is forfeited to the United

States pursuant to 19 U.S.C. Section 1609.

Carmen R. Pomares
Senior Attorney
Asset Forfeiture Section

December 5, 2022
Date