Jade Chin
23 Mansfield St.
Allston, MA 02134

April 30th, 2024

RE: 21-CR-10350-1LTS

Dear Honorable Judge Sorokin,

My name is Jade Chin. The court dockets have referred to me as the spouse of Harry Tam. I am the owner of the Lexus 450h and the seized cash from 23 Mansfield St. Boston, MA 02134. This letter is to notify the court that I am contesting the forfeiture and seizure of the following:

1. $95,450 cash
2. 2020 Lexus RX450h

None of the above items represent criminal proceeds and were not used in connection with any crime. I timely contested the forfeiture of the money in the administrative proceedings, although the DEA wrongly stated that I did not. I submitted several claims/petitions online via www.forfeiture.gov as well as through certified mail, which were all denied except for the claim for the Lexus where I did not receive a response.

I respectfully ask that our property be rightfully returned to me and my family.

Please find enclosed are documents of the responses that I have received from the Office of Operations Management at the DEA as well as the declarations you previously reviewed during Harry Tam's sentencing hearing.

Thank you very much for your time and consideration.

I declare that the foregoing is true and correct under penalty of perjury.

Jade Chin          April 30th, 2024

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1st, 2024.

Jade Chin

My name is Jade Chin, and I reside at 23 Mansfield St. Boston, MA 02134. I was Harry's partner and am the mother of two of his children.

My father, William Chin, purchased this house over four decades ago and when he passed away in 1992, he left behind savings which began our family's collection. It is a common part of Chinese culture to give and receive cash gifts for birthdays, holidays and any major milestone as a form of a blessing. You would be handed red envelopes containing cash from family members(we have fourteen uncles and aunts on my mother's side alone). Smaller amounts were spent, and the bigger bills were saved. Yim Lee, Harry's mother, also gifted us approximately $40,000 during my two pregnancies. His father also gifted us red envelopes during our visits in San Jose and Boston.

My mother, Min Chin, worked two jobs, and later as a housekeeper at the Boston Park Plaza Hotel. A large majority of the savings were attributed to her decades of work as a widow and single mother. She never remarried. As an immigrant, the mentality is to always save as much as possible and to not splurge on oneself(with the exception of the occasional vacation or car), and these sacrifices are made so that children and grandchildren could live a life free from financial suffering as she and her own family had experienced in China.

I worked as a real estate agent for several years and would save a portion of my commissions in my bank account and the rest in cash for my eldest daughter. I also worked at the Driscoll Elementary school until June 2018. I did not return for the following school year because I was pregnant with Mila and Harry was making enough to support us. My primary and largest expenses were groceries and gas. We did not live an extravagant lifestyle. Being able to live with my mother and not needing to pay rent was important and beneficial for saving. She was still working full time and did not retire until 2021. The savings we had was plenty to sustain us

during these times in addition to the rent we collected from our 1st floor tenant. Me working wasn't necessary, especially with a newborn and toddler at home. Being able to stay at home and raise them has been a priority. I never imagined our safety net would be taken from us and it has made a tremendous impact on our family.

None of our expenses - bills, mortgage payments, basic needs, etc. were paid for by any illegal activity or drug proceeds. It's important to recognize that Harry did not move to Boston until 2017, and while he was successful at Midas and began to earn over six figures, he was neither the primary nor sole source of income in our home. I understand that many things are in question because of Harry's case – specifically the cash found in my bedroom closet and the Lexus, but his previous activities and drug addiction needs to be viewed as separate from me and my family.

Thank you for your time and consideration.