TRULINCS 78580509 - TAM, HARRY - Unit: BER-G-A

--------------------------------------------------------------------------------

SUBJECT: Master Proposal 2.0
DATE: 06/03/2026 03:06:01 PM

RECEIVED IN CLERK'S OFFICE
DATE 6/15/2026

ROADMAP TO RECOVERY
Building On Self Substance (B.O.S.S.)

A Transformational Framework for Breaking Cycles of Self-Destruction

## OVERVIEW

Most people know what is destroying their lives.

They simply do not understand why they keep returning to it.

Roadmap to Recovery presents a transformational framework designed to help readers identify, understand, and heal the underlying wounds that drive self-destructive behavior.

Developed through years of addiction recovery, restorative justice participation, therapy, incarceration, personal study, and lived experience, the Building On Self Substance (B.O.S.S.) framework challenges a common assumption in recovery culture: that addiction, toxic relationships, criminal behavior, emotional chaos, self-sabotage, and destructive habits are the problem.

This book argues that they are often symptoms.

Beneath them frequently lie unresolved trauma, shame, self-devaluation, abandonment, grief, distorted beliefs, unhealthy environments, and fractured identity.

Through four progressive phases, readers are guided through a process of awareness, accountability, healing, rebuilding, and reintegration.

Unlike traditional recovery books that focus primarily on sobriety or symptom management, Roadmap to Recovery combines practical exercises, restorative justice principles, personal narrative, reflective writing assignments, and real-world application.

Each lesson follows a consistent structure:

The Lesson

Guided Exercise

My Response

This format allows readers not only to understand concepts intellectually, but to apply them directly to their own lives.

The framework was developed while the author was incarcerated and facilitating a restorative justice and recovery group that eventually enrolled hundreds of participants. What began as a personal survival strategy evolved into a structured curriculum focused on helping individuals break cycles of self-destruction and develop lives worth protecting.

The central message is simple:

Recovery is not a destination.

There is no graduation.

There is no completion date.

Healing is a lifelong practice.

Roadmap to Recovery challenges readers to stop asking, "How do I stop hurting myself?" and begin asking, "What part of me is hurting?"

The ultimate goal is not perfection.

It is transformation.

And the passing of healing from one person to the next.

Hurt people hurt people.

Healed people heal people.

## AUTHOR BIO

Harry Tam is the creator of the Building On Self Substance (B.O.S..S.) recovery framework.

While incarcerated at Wyatt Detention Facility, he founded and facilitated a restorative justice and recovery group that enrolled hundreds of participants and gained recognition from members of the federal court system, the United States Probation Office, and the sentencing judge in his own case, who later acknowledged the program's impact in open court.

The B.O.S.S. framework emerged from decades of personal experience with addiction, trauma, recovery programs, therapy, restorative justice practices, incarceration, and self-directed study.

Early excerpts from Roadmap to Recovery published on Substack generated more than one thousand views and substantial reader engagement. One of the framework's foundational lessons, "The Mirror Test," was published by More Than Our Crimes, a national organization focused on criminal justice reform and second chances.

Harry is currently working toward expanding the principles of B.O.S.S. into correctional and recovery settings and is also the author of Journey Home, a companion memoir that emerged directly from one of Roadmap to Recovery's core writing assignments.

His work focuses on accountability, trauma recovery, identity reconstruction, restorative justice, and breaking cycles of self-destruction.

TRULINCS 78580509 - TAM, HARRY - Unit: BER-G-A

-----------------------------------------------------------------------------------------------------------------

**TARGET AUDIENCE**

Primary Audience
  Individuals in addiction recovery
  People struggling with self-sabotage
  Trauma survivors
  Individuals involved in restorative justice programs
  Formerly incarcerated individuals
  Readers seeking practical personal transformation
  Men and women seeking emotional healing and accountability
Secondary Audience
  Counselors
  Recovery coaches
  Sponsors and peer mentors
  Social workers
  Correctional professionals
  Probation officers
  Reentry organizations
  Faith-based recovery groups
  Family members affected by addiction and self-destructive behavior
Roadmap to Recovery appeals beyond addiction recovery because its core focus is universal:
Why people continue harming themselves despite wanting something better.

**COMPARABLE TITLES**

The Mountain Is You
Brianna Wiest (2020)
Both books examine self-sabotage and personal transformation. Roadmap to Recovery distinguishes itself through its structured recovery framework, restorative justice principles, and guided exercises.
Recovery
Russell Brand (2017)
Both books treat recovery as a transformational process rather than simple abstinence. Roadmap expands the discussion beyond addiction into identity reconstruction and trauma healing.
The Body Keeps the Score
Bessel van der Kolk (2014)
While van der Kolk explains trauma clinically, Roadmap translates similar concepts into practical exercises and everyday application.
Atomic Habits
James Clear (2018)
Both focus on sustainable behavioral change. Roadmap approaches change through emotional healing, accountability, and recovery principles rather than productivity alone.
Man's Search for Meaning
Viktor Frankl (1946)
Both explore suffering, responsibility, and meaning. Roadmap applies these ideas within recovery and personal transformation.

**PLATFORM**

Current platform assets include:
  Creator of the B.O.S.S. recovery framework
  Hundreds of program participants through Wyatt Detention Facility
  Recognition by federal court personnel
  Judicial acknowledgment on the record
  Restorative justice program experience
  Published work through More Than Our Crimes
  Substack audience with demonstrated engagement
  Ongoing efforts to expand B.O.S.S. programming into correctional settings
  Companion memoir project (Journey Home)

**MANUSCRIPT SPECIFICATIONS**

Title: Roadmap to Recovery: Building On Self Substance (B.O.S.S.)
Category: Transformational Nonfiction / Recovery / Personal Development
Estimated Length: Approximately 80,000 95,000 words upon completion
Status: Approximately 90% complete
Remaining Work: 2-3 introductory memoir chapters documenting the creation of B.O.S.S. and 2-3 concluding chapters demonstrating life after recovery and reinforcing the concept of lifelong growth.

TRULINCS  78580509 - TAM, HARRY - Unit: BER-G-A

--------------------------------------------------------------------------------------------------

Expected Delivery: Within 60-90 days of representation.


MARKETING AND PROMOTION

- Author Website, Newsletter, and Social Media

The author is currently building a long-term platform centered around recovery, accountability, trauma healing, restorative justice, and personal transformation.

Early excerpts from Roadmap to Recovery were published on Substack and generated more than 1,000 views along with substantial reader engagement and requests for additional content.

The author intends to expand his online presence through:

Substack essays and serialized excerpts

Recovery-focused newsletter content

Interviews and guest appearances

Companion memoir content related to Journey Home

Reader discussion groups and community engagement

Creating groups both in prisons, recovery centers, restorative justice, law enforcement and judicial court programs.

The B.O.S.S. framework is intended to become a long-term platform rather than a single book release.


- Publicity and Media Outreach

Criminal Justice Reform Organizations

The author has already established a publication relationship with More Than Our Crimes, a national organization dedicated to criminal justice reform, rehabilitation, and second chances.

Potential outreach opportunities include:

More Than Our Crimes

Prison journalism outlets

Criminal justice reform publications

Reentry organizations

Recovery-focused publications

Recovery and Mental Health Media

The subject matter aligns with numerous podcasts, newsletters, and online communities focused on:

Addiction recovery

Trauma healing

TRULINCS 78580509 - TAM, HARRY - Unit: BER-G-A
--------------------------------------------------------------------------------

Personal development

Restorative justice

Mental health

Self-improvement

— Human Interest Media

The story behind the creation of B.O.S.S. presents a compelling human-interest angle:

A formerly incarcerated individual creates a restorative justice recovery framework, receives recognition from the federal court system, and works toward bringing the program into correctional settings.

— Speaking Engagements

Potential speaking opportunities include:

Correctional Facilities

Federal Bureau of Prisons institutions

State correctional facilities

Reentry programs

Halfway houses

Recovery Organizations

Recovery centers

Peer support organizations

Community recovery groups

Restorative justice programs

Educational Institutions

Criminal justice departments

Social work programs

Psychology departments

Community Organizations

Libraries

Faith-based recovery groups

Community centers

Nonprofit organizations

TRULINCS 78580509 - TAM, HARRY - Unit: BER-G-A
--------------------------------------------------------------------------------------------------

- Personal Relationships and Organizations

The B.O.S.S. framework emerged through collaboration and participation within:

Restorative justice programs

Recovery communities

Reentry organizations

Correctional programming

The author maintains relationships with individuals involved in rehabilitation, restorative justice, and recovery work.

Personal Networks and Communities

Potential promotional support includes:

Recovery communities

Criminal justice reform communities

Reentry organizations

Readers of More Than Our Crimes

Substack subscribers

Readers of companion memoir material


- Partnerships and Long-Term Opportunities

The long-term vision for B.O.S.S. extends beyond publication.

Potential future opportunities include:

Recovery workbooks

Facilitator guides

Group curriculum

Correctional programming

Reentry programming

Companion memoir (Journey Home)

Online courses

Workshops and speaking engagements

The book serves as the foundation of a broader recovery and transformation platform

TRULINCS 78580509 - TAM, HARRY - Unit: BER-G-A

----------------------------------------------------------------------------------

## MANUSCRIPT SPECIFICATIONS AND DELIVERY

Title: Roadmap to Recovery: Building On Self Substance (B.O.S.S.)

Category: Transformational Nonfiction / Recovery / Personal Development

Estimated Final Word Count: 80,000 95,000 words

Current Status: Approximately 90% complete

Remaining Material:
Introductory memoir chapters detailing the author's recovery journey and the creation of the B.O.S.S. framework
Concluding memoir chapters demonstrating long-term application of the framework and reinforcing the concept of lifelong recovery

Expected Delivery Date: Within 60 90 days of representation.

Illustrations or Artwork: The manuscript is text-based, but author is able to provide artwork upon request (author is capable of creating artwork).

## PLATFORM

Current platform assets include:

Creator of the B.O.S.S. recovery framework
Hundreds of program participants through Wyatt Detention Facility
Recognition by federal court personnel
Judicial acknowledgment on the record
Restorative justice program experience
Published work through More Than Our Crimes
Substack audience with demonstrated engagement
Ongoing efforts to expand B.O..S.S. programming into correctional settings
Companion memoir project (Journey Home)

TRULINCS  78580509 - TAM, HARRY - Unit: BER-G-A

---------------------------------------------------------------------------------

~~FROM: Ali, Francis~~
~~TO: 78580509~~

SUBJECT: Roadmap To Recovery Table of Contents
DATE: 06/06/2026 06:06:01 PM

TABLE OF CONTENTS & CHAPTER OVERVIEW

PHASE I  THE MIRROR
Confronting Reality: Waking Up
Purpose: Break denial, increase awareness, and help readers recognize the consequences of their choices. Readers begin examining their lives honestly and develop readiness for change.

1. The Mirror Test
Recovery begins with radical honesty. Readers confront the gap between who they are and who they want to become.
2. Autopilot
Explores unconscious living and how destructive habits become automatic patterns.
3. Mind Fuckery
Examines self-deception, rationalization, and the stories people tell themselves to avoid accountability.
4.. Addiction
Expands addiction beyond substances to include attention, validation, power, chaos, and control.
5. The Pain of Taking Responsibility
Introduces responsibility as the gateway to freedom and growth.
6. Pity Party
Challenges victim mentality and explores how self-pity prolongs suffering.
7. Attractor Factor
Examines how beliefs, behaviors, and environments influence the people and experiences we attract.
8. Silver Lining
Teaches readers how adversity can become a catalyst for growth.
9. Pit Stop
Introduces the importance of pausing before reacting and disrupting destructive cycles.
10. Fixer Upper
Uses renovation as a metaphor for rebuilding a damaged life.
11. Devaluation
Explores how devaluing ourselves and others creates pathways to harm.
12. Disrespect
Challenges distorted definitions of respect and examines the role of ego.
13. Dehumanization of Loss
Investigates how emotional disconnection makes harmful behavior easier to justify.
14. Rage
Explores anger, violence, and emotional dysregulation.
15. Definition of a Grown Up
Establishes maturity, responsibility, and integrity as the foundation of recovery.
16. Peter Pan Syndrome
Examines avoidance, arrested development, and the refusal to grow up.

Challenge #1  Write Your Own Obituary
A mortality exercise designed to create clarity and urgency.
Challenge #2  Unpack Your Soul
Readers begin exploring the deeper roots of their behavior.


PHASE II  UNDERSTANDING THE WOUND
Trauma Excavation: Deep Dive
Purpose: Help readers understand how childhood experiences, trauma, shame, and learned beliefs shaped their lives.

17. Mental Health
Introduces mental health awareness and emotional literacy.
18. Healing Wounds of the Past
Explores unresolved trauma and its impact on adult behavior.

TRULINCS 78580509 - TAM, HARRY - Unit: BER-G-A

--------------------------------------------------------------------------------------

19. Innocent Moments
Demonstrates how seemingly small decisions create life-altering chains of events.
20. Guilty Conscience
Examines guilt, shame, and the burden of unresolved wrongdoing.
21. Are You a Slave?
Challenges readers to identify what currently controls their lives.
22. Being Present
Teaches mindfulness, awareness, and engagement with the present moment.
23. Believe in Yourself
Examines self-worth and the rebuilding of confidence.
24. Asking for Help
Challenges isolation and promotes vulnerability and support.
25. Authenticity
Explores masks, personas, and living truthfully.
26. Am I a Piece of Shit?
Separates shame from accountability and introduces redemption through behavior.
27. Rumination
Examines repetitive self-punishment disguised as reflection.
28. Surrender
Introduces acceptance and letting go of control.

Challenge #3   Who Is #1 In Your Life?
A deep examination of priorities, values, and personal identity.

PHASE III   REBUILDING THE SELF
Healing & Repair: Doing the Work
Purpose: Equip readers with practical tools for rebuilding identity, relationships, habits, and purpose.

29-49
These chapters guide readers through identity reconstruction, depression recovery, self-respect, mentorship, generosity, purpose, personal agreements, inherited beliefs, forgiveness, environmental influences, healing generational wounds, and developing a meaningful future.
Key chapters include:
Identity Shift   creating a new self-concept.
Choosing Friends   understanding the role of relationships in recovery.
Mentoring and Paying It Forward   healing through contribution.
Healed People Heal   transforming suffering into service.
Forgiving Yourself   releasing shame while maintaining accountability.
Environment Check   evaluating whether surroundings support growth.

Challenge #4   Time Machine
Readers confront regret, missed opportunities, and future possibilities.

PHASE IV   LIVING THE NEW LIFE
Returning to the World
Purpose: Demonstrate how to maintain recovery, prevent drift, and create a meaningful life after transformation.

50. Community
Explores belonging, contribution, and rebuilding trust.
51. Creating Miracles
Shows how perception, gratitude, and intentional action create opportunity.
52. What Is Faith?
Examines faith as trust, action, and alignment rather than passive belief.
53. Properly Resting
Challenges hustle culture and reframes rest as maintenance.
54. Balancing Life
Teaches sustainable living and avoiding burnout.
55. Unhealthy Relationships
Helps readers identify and navigate destructive relational patterns.

TRULINCS 78580509 - TAM, HARRY - Unit: BER-G-A

--------------------------------------------------------------------------------

**56. All-In Recovery**
Explores wholehearted commitment to healing and growth.
**57. Making Choices**
Demonstrates how life outcomes emerge from accumulated decisions.
**58. No Completion Date**
Presents the book's central thesis: recovery is a lifelong practice, not a destination.
**59. Drift**
Examines how people gradually slide backward through small compromises and lost awareness.

**Challenge #5   Redefine What Winning Is**
Readers redefine success according to values rather than status.

**60. Legacy**
Challenges readers to consider what they will leave behind

**Challenge #6   Letter to Future Self**
A closing exercise designed to reinforce long-term commitment and continued growth.